In the Matter of the Claim of EMILY E. BEEMAN, against THE BOARD OF EDUCATION OF PENN YAN, Respondent.

THE STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's compensation — school teacher in carrying on prescribed chemical experiments not engaged in hazardous occupation.*

*Beeman* v. *Board of Education, Penn Yan,* 195 App. Div. 357, affirmed.

(Argued June 3, 1921; decided July 14, 1921.)·

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 28, 1921, reversing an award of the state industrial commission made under the Workmen's Compensation Law and dismissing the claim. Claimant lost an eye as the result of an explosion, which occurred while she was instructing her class in biology. The commission made an award for such injury. The Appellate Division reversed on the ground that a school teacher, in carrying on chemical experiments prescribed by the Education Law, is not engaged in a hazardous occupation within the meaning of the Workmen's Compensation Law.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*George S. Sheppard* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J. Absent: POUND, J.